[No. 65243-5-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PENNY L. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04236-1, Michael Hayden, J., entered April 13, 2010. *Affirmed* by unpublished per curiam opinion.

[No. 65447-1-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00550-2, David A. Kurtz, J., entered May 4, 2010. *Dismissed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 65746-1-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY L'HEUREUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05919-1, Jim Rogers, J., entered July 2, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 66008-0-I.   Division One.   September 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MUSTAFA MOHAMUD ARTEH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07239-2, Kimberley Prochnau, J., entered August 24, 2010. *Remanded with instructions* by unpublished per curiam opinion.